# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | MICHAEL D & MICHELE S CARRILLO | | |
| **Case Number:** | 2:09-bk-10832-SSC | **Chapter:** | 13 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 13, 2009 01:30 PM   7TH FLOOR #701 | | |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY | | |
| **Courtroom Clerk:** | WANDA GARBERICK | | |
| **Reporter / ECR:** | ANDAMO PURVIS | | |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY PHH MORTGAGE CORP.

**R / M #:**   44 / 0

## *Appearances:*

MICHELE S CARRILLO
LEONARD J. MCDONALD, ATTORNEY FOR PHH MORTGAGE CORP.

## *Proceedings:*

Ms. Carrillo states that she started a loan modification prior to the bankruptcy, and is now waiting for a decision on whether she can still proceed. She states that she was told that it would be 90-120 days for a decision may be made.  Mr. McDonald states that payments are due from June forward.

COURT: THE COURT ADVISES MS. CARRILLO TO WORK WITH THE TRUSTEE ON HER COMPLAINTS ABOUT DOCUMENT PREPARER, RICHARD BERRY, AND TO WORK WITH MR. MCDONALD ON HER PAYMENTS.  IT IS ORDERED CONTINUING THIS HEARING TO NOVEMBER 10, 2009 AT 1:30 P.M.