# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | MICHAEL D & MICHELE S CARRILLO |
| **Case Number:** | 2:09-bk-10832-SSC      **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 10, 2009 01:30 PM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matter:

CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY PHH MORTGAGE CORP.

**R / M #:**   44 / 0

## Appearances:

MICHAEL D CARRILLO
MICHELE S CARRILLO
LEONARD J. MCDONALD, ATTORNEY FOR PHH MORTGAGE CORP.

## Proceedings:

Mr. McDonald states that he has not received any information on whether the loan modification has been approved. He asked the court for a 60 day continuance. The debtors go over the amounts of their first and second mortgage payments.

COURT: IT IS ORDERED CONTINUING THIS HEARING TO JANUARY 19, 2010 AT 1:30 P.M.