# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | MICHAEL D & MICHELE S CARRILLO |
| **Case Number:** | 2:09-bk-10832-SSC  **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, JANUARY 19, 2010 01:30 PM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matter:

CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY PHH MORTGAGE CORP.

**R / M #:**   44 / 0

## Appearances:

MICHAEL D CARRILLO
MICHELE S CARRILLO
LEONARD J. MCDONALD, ATTORNEY FOR PHH MORTGAGE CORP.

## Proceedings:

Mr. McDonald states that his client will agree to a modification with the debtors. Mr. Carrillo states that that cannot pay the amount that is proposed on the modification. He further states that he did not receive any papers on the modification. Mr. McDonald states that if the debtors do not agree to a modification, the he would like stay relief.

COURT: THE COURT NOTES THAT THERE IS EQUITY IN THE PROPERTY. IT IS ORDERED CONTINUING THIS HEARING FEBRUARY 16, 2010 AT 1:30 P.M.